**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| ) | |
| NATIONAL REPUBLICAN SENATORIAL ) | |
| COMMITTEE, *et al.*, ) | |
| ) | Civ. No. 22-639 (DRC) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | NOTICE OF ANTICIPATED |
| FEDERAL ELECTION COMMISSION, *et al.*, ) | EXPERT TESTIMONY |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT FEDERAL ELECTION COMMISSION'S**
**NOTICE OF ANTICIPATED EXPERT TESTIMONY**

Pursuant to the Court's August 1, 2023 Notation Order setting a discovery schedule and August 3, 2023 Notation Order modifying the schedule (the "August 3 Order"), defendant Federal Election Commission ("FEC" or "Commission") hereby submits this Notice indicating its intention to retain expert witnesses and identifying topics which they will address.  In compliance with the Court's August 3 Order, the FEC will disclose the names of any retained expert witnesses concurrently with the submission of expert reports on or before September 15, 2023.  *See* August 3 Order.

The FEC intends to retain one or more experts.  The FEC currently anticipates that the expert testimony will generally address:

(1) Americans' historical concerns with corruption and its appearance, including the role of political parties in elections and governance;

(2) How political parties, candidates, and officeholders operate in elections and the political process, including coordinated party expenditures; and

(3) The operation of limits on coordinated party expenditures to deter corruption and its

appearance.


The Commission reserves the right to alter the subjects of expert testimony relevant to the

matters raised in this case.

August 4, 2023

Respectfully submitted,

| | |
|---|---|
| Lisa J. Stevenson (D.C. Bar No. 457628)<br>Acting General Counsel | Greg J. Mueller (D.C. Bar No. 462840)<br>Shaina Ward (D.C. Bar No. 1002801)<br>Christopher H. Bell (D.C. Bar No. 1643526) |
| Kevin Deeley (Mass. Bar No. 644486)<br>Associate General Counsel | Attorneys |
| | gmueller@fec.gov |
| */s/ Harry J. Summers* | sward@fec.gov |
| Harry J. Summers (Cal. Bar No. 147929)<br>(Trial Attorney)<br>Assistant General Counsel | chbell@fec.gov |
| | COUNSEL FOR DEFENDANT<br>FEDERAL ELECTION COMMISSION |
| lstevenson@fec.gov | 1050 First Street, N.E. |
| kdeeley@fec.gov | Washington, D.C. 20463 |
| hsummers@fec.gov | (202) 694-1650 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2023, I served the foregoing pursuant to Fed. R. Civ. P.

5(b)(2)(E) on counsel of record, as a registered ECF user, through the Court's ECF system.


*/s/  Harry J. Summers*
Harry J. Summers (Cal. Bar No. 147929)
Assistant General Counsel
hsummers@fec.gov