# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| NATIONAL REPUBLICAN SENATORIAL COMMITTEE, *et al.*, | ) ) ) |
| Plaintiffs, | ) Civ. No. 22-639 (DRC) ) ) |
| v. | ) NOTICE OF ) DISCLOSURE OF |
| FEDERAL ELECTION COMMISSION, *et al.*, | ) EXPERT WITNESS ) |
| Defendants. | ) ) |

## DEFENDANT FEDERAL ELECTION COMMISSION'S
## NOTICE OF DISCLOSURE OF EXPERT WITNESS

Pursuant to Fed. R. Civ. P. 26(a)(2), the Court's August 1, 2023, Notation Order setting a discovery schedule providing for the disclosure of expert witnesses, and August 3, 2023, (the "August 3 Order") Notation Order partly modifying the schedule, defendant Federal Election Commission ("FEC" or "Commission") hereby files this Notice disclosing the following expert witness in this matter:

1. Jonathan Krasno
   Professor of Political Science
   Department of Political Science
   Binghamton University
   PO Box 6000
   Binghamton, NY 13902

Defendants have transmitted to plaintiffs Professor Krasno's expert report in accordance with the August 3 Order. The Commission reserves the right to supplement the subjects and opinions set forth in the expert testimony as necessitated by additional matters raised in the case or the subjects and/or opinions raised by any expert(s) plaintiffs may designate.

September 15, 2023

Respectfully submitted,

| | |
|---|---|
| Lisa J. Stevenson (D.C. Bar No. 457628)<br>Acting General Counsel | Greg J. Mueller (D.C. Bar No. 462840)<br>Christopher H. Bell (D.C. Bar No. 1643526)<br>Attorneys |
| Kevin Deeley (Mass. Bar No. 644486)<br>Associate General Counsel | gmueller@fec.gov<br>chbell@fec.gov |
| */s/ Shaina Ward*<br>Shaina Ward (D.C. Bar No. 1002801)<br>(Trial Attorney)<br>Attorney | COUNSEL FOR DEFENDANT<br>FEDERAL ELECTION COMMISSION<br>1050 First Street, N.E.<br>Washington, D.C.  20463<br>(202) 694-1650 |
| lstevenson@fec.gov<br>kdeeley@fec.gov<br>sward@fec.gov | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2023, I served the foregoing pursuant to Fed. R. Civ. P. 5(b)(2)(E) on counsel of record, as a registered ECF user, through the Court's ECF system.


*/s/ Shaina Ward*
Shaina Ward (D.C. Bar No. 1002801)
Attorney
sward@fec.gov