IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| NATIONAL REPUBLICAN SENATORIAL COMMITTEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, *et al.*, <br><br> *Defendants*. | No. 1:22-cv-639 <br> Hon. Douglas R. Cole |

## JOINT STATUS REPORT

Pursuant to this Court's January 19, 2024 Opinion and Order, the parties respectfully submit the following joint report regarding "the status of the certification proceedings." Op. & Order 42 n.13 (Doc. 49, PageID#5495 n.13).

On December 4, 2024, Plaintiffs filed a petition for a writ of *certiorari* in the Supreme Court of the United States from the Sixth Circuit's judgment and opinion. *Nat'l Republican Senatorial Comm. v. FEC*, No. 24-___ (attached as Exhibit A).

The parties respectfully submit that they will file another joint status report within 7 days of the resolution of that petition. *See* Op. & Order 42 n.13 (Doc. 49, PageID#5495 n.13).

December 4, 2024

Respectfully submitted,

/s/ Thomas Conerty
Thomas Conerty
Bar No. 101619
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215
Phone: (614) 469-3939
tconerty@jonesday.com

Noel J. Francisco*
Donald F. McGahn II*
John M. Gore*
E. Stewart Crosland*
Brinton Lucas*
Charles E.T. Roberts*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 879-3939
njfrancisco@jonesday.com
dmcgahn@jonesday.com
jmgore@jonesday.com
scrosland@jonesday.com
blucas@jonesday.com
cetroberts@jonesday.com

*Counsel for Plaintiffs*

Jessica Furst Johnson*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street, N.W., Suite 643A
Washington, DC 20037
Phone: (202) 737-8808
jessica@holtzmanvogel.com

*Counsel for National Republican Senatorial Committee & National Republican Congressional Committee*

*Admitted *pro hac vice*

/s/ Lisa J. Stevenson
Lisa J. Stevenson
Acting General Counsel
lstevenson@fec.gov

Shaina Ward
Acting Assistant General Counsel
sward@fec.gov

Christopher H. Bell
Acting Assistant General Counsel
chbell@fec.gov

Blake L. Weiman
bweiman@fec.gov
Attorney

FEDERAL ELECTION COMMISSION
1050 First Street NE
Washington, DC 20463
(202) 694-1650

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

                                                                      */s/ Thomas Conerty*
                                                                      Thomas Conerty

                                                                      *Counsel for Plaintiffs*