# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

December 6, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Dec 10, 2024
KELLY L. STEPHENS, Clerk

Re: National Republican Senatorial Committee, et al.
v. Federal Election Commission, et al.
No. 24-621
(Your No. 24-3051)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 4, 2024 and placed on the docket December 6, 2024 as No. 24-621.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst