# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 3, 2026

Clerk
United States Court of Appeals
  for the Sixth Circuit
540 Potter Stewart United States Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

      **Re:  NRSC, et al.**
          **v. FEC, et al.**
          **No. 24-621 (Your docket No. 24-3051)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 3, 2026

Mr. Noel John Francisco, Esq.
Jones Day
51 Louisiana Avenue, NW
Washington, D.C. 20001

Mr. Marc Erik Elias, Esq.
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, D.C. 20001

Mr. Roman Martinez, Esq.
Latham & Watkins, LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

   Re:  **NRSC, et al.**
        **v. FEC, et al.**
        **No. 24-621**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---:|
| **Printing Costs:** | **$11,195.00** |
| **Clerk's Costs:** | **$300.00** |
| **Total:** | **$11,495.00** |

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  Clerk, 6th Cir.
        (Your docket No. 24-3051)

# Supreme Court of the United States

### No. 24–621

**NATIONAL REPUBLICAN
SENATORIAL COMMITTEE, ET AL.,**

Petitioners,

*v.*

**FEDERAL ELECTION COMMISSION, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, National Republican Senatorial Committee, et al., recover from Federal Election Commission, et al., Eleven Thousand Four Hundred Ninety-Five Dollars for costs herein expended.

June 30, 2026

| | |
|---|---|
| **Printing Costs:** | $11,195.00 |
| **Clerk's Costs:** | $300.00 |
| **Total:** | $11,495.00 |

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States